# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE INDEPENDENCE PROJECT, INC. <br> A New Jersey Non Profit Corporation, and <br> TANYA WHITESIDE, Individually, <br><br> Plaintiffs, <br> v. <br><br> OLD BRIDGE PLAZA ASSOCIATES, LLC <br> A New Jersey Limited Liability Company <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 13-2516 (JAP) (DEA) <br><br><br><br><br> MEMORANDUM & ORDER |

This matter comes before the Court on a Motion by Defendant Old Bridge Plaza Associates, LLC ("Defendant") for Reconsideration of the Court's September 18, 2013 Order granting John P. Fuller, Esq. leave to appear *pro hac vice* in this matter [dkt. no. 16]. Plaintiffs The Independence Project, Inc. and Tanya Whiteside ("Plaintiffs"), have opposed the Motion [dkt. no. 17]. After reviewing the Parties' submissions, the Court finds that Defendant has not set forth any basis to vacate the Court's earlier Order. Moreover, Defendant's objection to Mr. Fuller's *pro hac vice* admission lacks merit.

Accordingly, after carefully considering the papers submitted pursuant to FED. R. CIV. P. 78 and, for the reasons set forth above;

**IT IS** this 25th day of October, 2013,

**ORDERED** that Defendant's Motion for Reconsideration of the Court's Order permitting John P. Fuller, Esq. to appear *pro hac vice* in this matter [dkt. no. 16] is **DENIED**.

s/ *Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**